UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HILL BENNETT,

Plaintiff,

v.

DUNN, et al.,

Defendants.

No. 2:26-cv-2560 DAD CSK

FINDINGS AND RECOMMENDATIONS

By an order filed August 12, 2026, plaintiff was ordered to file within thirty days a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, or pay the court's filing fee. (ECF No. 5.) On September 28, 2026, this Court granted plaintiff a thirty day extension of time to file his in forma pauperis application. (ECF No. 7.) Thirty days passed and plaintiff did not file his in forma pauperis application. Accordingly, this Court recommends that this action be dismissed.

This Court observes that on September 18, 2026, plaintiff filed a motion for a temporary restraining order. (ECF No. 6.) On September 28, 2026, this Court recommended that plaintiff's motion for a temporary restraining order be denied. (ECF No. 7.) On October 30, 2026, plaintiff filed a motion for a preliminary injunction. (ECF No. 9.) The claims raised in the motion for a preliminary injunction are similar in nature to those raised in the motion for a temporary

restraining order. (See ECF Nos. 6, 9.) This Court will not address plaintiff's motion for a preliminary injunction at this time based on plaintiff's failure to file an in forma pauperis application.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Benn2560.fifp/2